**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TONY MARQUET CAMPBELL, | No. CIV S-04-1709-MCE-CMK |
| Plaintiff, | |
| vs. | ORDER TO SHOW CAUSE |
| G. WOODFORD, | |
| Defendant. | |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, brings this civil rights action pursuant to 42 U.S.C. § 1983. On March 23, 2005, the court dismissed plaintiff's complaint and directed plaintiff to file an amended complaint within 30 days. To date, plaintiff has failed to comply.

///
///
///
///
///
///

1

1  Accordingly, IT IS HEREBY ORDERED that plaintiff shall show cause in
2 writing, within 20 days of the date of service of this order, why this action should not be
3 dismissed for lack of prosecution and failure to comply with rules and court order.  <u>See</u> Local
4 Rule 11-110.

5 DATED:  September 21, 2005.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE