IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONY MARQUET CAMPBELL,           No. CIV S-04-1709-MCE-CMK

    Plaintiff,

  vs.                              ORDER

G. WOODFORD,

    Defendant.

_____/

        Plaintiff, a state prisoner proceeding pro se and in forma pauperis, brings this civil rights action pursuant to 42 U.S.C. § 1983. On March 23, 2005, the court dismissed plaintiff's complaint and directed plaintiff to file an amended complaint within 30 days. Plaintiff failed to comply and, on September 22, 2005, the court directed plaintiff to show cause why this action should not be dismissed for lack of prosecution and failure to comply with court orders and rules. Plaintiff has filed a response to the order to show cause. In his response, plaintiff asserts that prison officials in charge of delivering his prison mail failed to deliver his amended complaint in a timely manner. In the interest of justice, the order to show cause will be discharged and plaintiff will be granted an additional opportunity to comply with the court's March 23, 2005, order.

1   Accordingly, IT IS HEREBY ORDERED that:

2   1.   The court's September 22, 2005, order to show cause is discharged; and

3   2.   Plaintiff is directed to file an amended complaint pursuant to the court's
4 March 23, 2005, order within 30 days of the date of service of this order.

6 DATED: October 17, 2005.

```
                                        /s/ Craig M. Kellison
                                        CRAIG M. KELLISON
                                        UNITED STATES MAGISTRATE JUDGE
```

2