# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY MARQUET CAMPBELL,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>G. WOODFORD,<br><br>Defendant - Appellee. | No.  06-15146<br>D.C. No.  CV-04-01709-MCE/CMK<br><br><br><br>**ORDER** |

This appeal has been taken in good faith   [ ]

This appeal is not taken in good faith   [✓]

Explanation: _____

_____

_____

_____

_____
             Judge   MORRISON C. ENGLAND, JR.
United States District Court

Date:  MAR 13 2006